# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GARY W. SNEED, | Case No.: 1:10-CV-00710-SKO |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **November 24, 2010**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE